Kent G. Washburn   #88282
501 Moraga Way
Orinda, Ca. 94563
(925)258-4255

Counsel for petitioner

**FILED**
OCT - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALBERT GUARDADO,<br><br>petitioner,<br><br>vs.<br><br>MARGARITA PEREZ, etc.<br><br>respondents | C 05-0194   CW<br><br>DECLARATION, STIPULATED REQUEST FOR ORDER CHANGING TIME (Local Rule 6-2) AND ~~PROPOSED~~ ORDER THEREON (Local Rule 7-12) |

### DECLARATION

I, Kent G. Washburn, say:

1. I am a member in good standing of the California Bar and the Bar of the Northern District of California.

2. I have personal knowledge of the facts stated herein.

3. This is a complex case involving the consolidation of habeus corpus challenges to four separate Board of Parole Hearings parole denials in a single action.

4. This is my first time preparing a traverse in any court.

5. I was unfairly denied access to the petitioner by a new and inexperienced prison employee at CTF Soledad during the summer months of 2007 when I had time to work on this matter, an employee who identified herself as Ms. Creamer. I complained. She has been replaced by the administration by an experienced and cooperative person and there are no more access problems.

[Summary of pleading] - 1

6. I have been preoccupied with preparation for petitioner's 2007 Board of Parole Hearings hearing which concluded 9/25/07.

7. I have been ill for more than two weeks with a severe allergic reaction to mold exposure in a rental home I own that suffered a sewage spill in late August, 2007.

8. Petitioner has not previously requested an extension of time. A prior extension was granted respondent.

9. The requested extension is not expected to adversely impact any dates or the timeline for processing this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and is executed at Orinda, CA. on September 27, 2007.

                           signed Kent G. Washburn

**STIPULATION**

The parties hereby stipulate by counsel of record that the time for the filing of the traverse by petitioner be extended until October 31, 2007.

| 9/27/07 | signed Jessica Blonien |
|---|---|
| Date | Jessica Blonien |

| 9/27/07 | signed Kent G. Washburn |
|---|---|
| Date | Kent G. Washburn |

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

| OCT - 2 2007 | (signature) |
|---|---|
| Date | Claudia Wilken, US District Judge |