IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALBERTO GUARDADO,<br><br>    Petitioner,<br><br>    v.<br><br>MARGARITA PEREZ, Chairwoman, BPT, et al.,<br><br>    Respondents.<br>_____/ | No. C 05-0194 CW<br><br>ORDER TO SHOW CAUSE |

Petitioner has filed an emergency application for order enforcing writ of habeas corpus. Respondents are ordered to show cause why an order enforcing the writ should not be granted. Respondents must file a response to Plaintiff's application no later than fourteen days from the date of this order. Petitioner shall file a reply within seven days thereafter. The application shall be taken under submission and decided on the papers.

   IT IS SO ORDERED.

Dated: 10/16/08

　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge