IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALBERTO GUARDADO,<br><br>       Petitioner,<br><br>   v.<br><br>MARGARITA PEREZ, Chairwoman, BPT, et al.,<br><br>       Respondents.<br>_____/ | No. C 05-0194 CW<br><br>ORDER TO SHOW CAUSE AND NOTICE TO APPEAR |

    On October 10, 2008, Petitioner filed an emergency application for an order enforcing the writ of habeas corpus. On October 16, 2008, the Court issued on Order to Show Cause instructing Respondents to show cause why an order enforcing the writ should not be granted. Respondents were ordered to respond by October 30, 2008. To date, Respondents have failed to file a response to the Order to Show Cause. Petitioner has now filed a further application for an order enforcing the writ of habeas corpus requesting his immediate release from prison in light of Respondents' failure to respond to the Court's Order.

    Respondents are ordered to show why Petitioner should not be immediately released. Respondents are ordered to file their

response in writing by noon on Wednesday, November 5, 2008 and to appear in Court at 2:00 pm on Thursday, November 6, 2008.

IT IS SO ORDERED.

Dated: 10/31/08

_____
CLAUDIA WILKEN
United States District Judge