IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL ALBERT GUARDADO,

    Petitioner,

  v.

MARGARITA PEREZ, et al.,

    Respondents.
                                    /

No. C 05-00194 CW

ORDER FOR BRIEFING ON PETITIONER'S EMERGENCY APPLICATION TO MODIFY ORDER UNDER RULE 60

    Petitioner Paul Albert Guardado has filed an emergency application, pursuant to Rule 60 of the Federal Rules of Civil Procedure, to modify the Court's January 22, 2009 Order Granting Petitioner's Application for Order Enforcing Writ of Habeas Corpus. Respondents shall file an opposition to the application by March 4, 2009. If Petitioner wishes to file a reply, he may do so by March 6, 2009. If Respondents do not oppose this application, they shall file a statement of non-opposition upon receipt of this order.

    IT IS SO ORDERED.

Dated: 2/27/09

_____
CLAUDIA WILKEN
United States District Judge