IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL ALBERTO GUARDADO,

       Petitioner,

  v.

MARGARITA PEREZ, Chairwoman, BPH, et al.,

       Respondents.
_____/

No. C 05-0194 CW

ORDER REGARDING HEARING BEFORE THE BOARD

On March 10, 2009, this Court issued an Order Granting Petitioner's Application to Modify Order in which it required Respondent to have the Board of Parole Hearings (Board) hold a hearing as soon as practical to set a release date for Petitioner. At the latest, the hearing was to be held on June 23, 2009, if there was a victim or victim's next of kin that had requested notice of such a hearing. On March 13, 2009, Respondent filed a declaration indicating that a victim's next of kin had requested notification of Petitioner's hearing. Thus, the Board's hearing to set a release date for Petitioner was to be held on June 23, 2009.

To date, neither party has filed anything with the Court indicating that the hearing has been held. Therefore, the Court orders Respondent to file a notice with the Court within five days of the date of this Order indicating whether the hearing has been

held and the result of the hearing.

    IT IS SO ORDERED.

Dated:  6/30/09



CLAUDIA WILKEN
United States District Judge

2