IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALBERTO GUARDADO,<br><br>    Petitioner,<br><br>    v.<br><br>MARGARITA PEREZ, Chairwoman, BPT, et al.,<br><br>    Respondents.<br>_____/ | No. C 05-0194 CW<br><br>ORDER FOR BRIEFING ON PETITIONER'S EMERGENCY APPLICATION FOR ORDER ENFORCING WRIT OF HABEAS CORPUS AND FOR IMMEDIATE RELEASE |

Petitioner has filed an emergency application for an order enforcing the writ of habeas corpus and for his immediate release. Respondents are ordered to file an opposition within one week from the date of this order. Petitioner shall file a reply within seven days thereafter. The emergency application shall be taken under submission and decided on the papers.

IT IS SO ORDERED.

Dated: 9/2/09

_____
CLAUDIA WILKEN
United States District Judge